BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD HAMILTON<br>XXX-XX-9305<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SSA<br><br>Defendant. | Case No. 14-cv-00392-CMK<br><br>STIPULATION AND PROPOSED ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from September 4, 2014, to October 10, 2014, with all other deadlines extended accordingly. This extension is required due to the counsel's crowded briefing schedule.

////

////

////

1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September 3, 2014 | */s/Bess M. Brewer* |
| | | BESS M. BREWER |
| 3 | | Attorney at Law |
| 4 | | Attorney for Plaintiff |

Dated: September 3, 2014

Benjamin B. Wagner
United States Attorney

Donna L. Calvert
Regional Chief Counsel, Region IX
Social Security Administration

/s/ Jennifer Tarn

JENNIFER TARN

Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

Dated:   September 16, 2014

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

2