BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD HAMILTON<br>XXX-XX-9305<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SSA<br><br>Defendant. | Case No. 14-cv-00392-CMK<br><br>STIPULATION AND<br>ORDER EXTENDING PLAINTIFF'S<br>TIME TO FILE SUMMARY<br>JUDGEMENT MOTION |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from October 10, 2014, to October 23, 2014. with all other deadlines extended accordingly.  Counsel was unable to file the brief in a timely manner due to illness and will need until October 23, 2014, to complete the brief due to other deadlines.

///

////

////

1

Dated: October 10, 2014

*/s/Bess M. Brewer*
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff

Dated: October 14, 2014

Benjamin B. Wagner
United States Attorney

Donna L. Calvert
Regional Chief Counsel, Region IX
Social Security Administration

/s/ Jennifer Tarn
JENNIFER TARN

Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

Dated:   October 16, 2014

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

2