BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
JACOB M. MIKOW, CSBN 238045
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone:  415-977-8976
    Fax:  415-744-0134
    jacob.mikow@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FLOYD HAMILTON,<br><br>        Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 2:14-cv-00392-CMK<br><br>STIPULATION AND  ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from November 24, 2014 to December 29, 2014.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.  An extension of time is needed given Defense counsel's workload, and in order for counsel to review and respond to the issues raised in Plaintiff's motion.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Stip. & Prop. Order for Ext.; 2:14-cv-00392-CMK        1

1    Counsel apologizes to the Court for any inconvenience caused by this delay.

2

3   Dated:  November 20, 2014              Respectfully submitted,
                                           /s Bess M. Brewer_____
4                                          (As authorized via email on 11/20/2014)
                                           BESS M. BREWER
5                                          Attorney for Plaintiff

6

7   Dated:  November 20, 2014              BENJAMIN B. WAGNER
                                           United States Attorney
8                                          DONNA CALVERT
                                           Regional Chief Counsel, Region IX
9                                          Social Security Administration

10

11                              By:        /s/ Jacob M. Mikow
                                           JACOB M. MIKOW
12                                         Special Assistant United States Attorney
                                           Attorneys for Defendant

13

14

15                                         ORDER

16

17  APPROVED AND SO ORDERED:

18

19  Dated:  December 9, 2014

20                                         _____
                                           CRAIG M. KELLISON
21                                         UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

Stip. & Prop. Order for Ext.; 2:14-cv-00392-CMK          2